UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JONATHON FISK,

        Plaintiff,

                                   Case No. 13-CV-13281
vs.                           HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (Doc. 14), GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Doc. 13), AND DENYING
<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 8)</u>**

Before the court are the parties' cross-motions for summary judgment, which were

referred to the magistrate judge for a report and recommendation. On July 28, 2014,

Magistrate Judge Patricia T. Morris issued her report, recommending that the court grant

defendant's motion for summary judgment and deny plaintiff's motion for summary

judgment. The magistrate judge's report and recommendation stated that any objections

to her report were to be filed within 14 days of service, and that failure to file such

objections constituted a waiver of any further right of appeal. <u>See</u> <u>Thomas v. Arn</u>, 474 U.S.

140, 155 (1985). No such objections were filed by either party.

The court has reviewed the record and briefing in this matter, as well as the

magistrate judge's report and recommendation, and accepts the result recommended

therein. The administrative law judge's decision is supported by substantial evidence, and

-1-

is therefore affirmed.  Accordingly, defendant's motion for summary judgment (Doc. 13) is

**GRANTED**, and plaintiff's motion for summary judgment (Doc. 8) is **DENIED**.

**IT IS SO ORDERED**.

Dated:  August 18, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 18, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---